DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 003P13 | Charles M. Erthal, Delores Erthal, Jerome A. Budde, Jr., and Ilena Budde v. Frederick B. May and Francine L. Appel, a/k/a/ Francine L. May | 1. Plts' (Jerome A. Budde, Jr., and Ilena Budde) NOA Based Upon a Dissent (COA12-603) | 1. Dismissed Ex Mero Motu |
|---|---|---|---|
| | | 2. Plts' (Jerome A. Budde, Jr. and Ilena Budde) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as Moot |
| | | 4. Plts' (Jerome A. Budde, Jr. and Ilena Budde) Motion to Deem a Concurring Opinion a Dissenting Opinion | 4. Denied |
| | | | **Beasley, J., Recused** |
| 004P13 | State v. Gregory Ellerbee | 1. Def's *Pro Se* Motion for NOA (COAP12-947) | 1. Dismissed *ex Mero Motu* **1/18/13** |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Denied **1/18/13** |
| | | 3. Def's *Pro Se* PWC to Review Order of COA | 3. Denied **1/18/13** |
| | | 4. Def's *Pro Se* Motion for Petition to Amend | 4. Allowed **1/18/13** |
| | | 5. Def's *Pro Se* Motion for Leave to Amend | 5. Allowed **1/18/13** |
| | | 6. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 6. Denied **1/18/13** |
| 007P13 | In the Matter of the Adoption of S.K.N., a minor child | 1. Petitioners' Motion for Temporary Stay (COA12-275) | 1. Allowed **01/08/13** |
| | | 2. Petitioners' Petition for *Writ of Supersedeas* | 2. |
| | | 3. Petitioners' NOA Based Upon a Constitutional Question | 3. |
| | | 4. Petitioners' PDR Under N.C.G.S. § 7A-31 | 4. |
| 010P13 | State v. Marvin Junior Walton | 1. Def's *Pro Se* Motion for PDR (COAP02-1196; COAP08-958) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion in the Alternative for a Remedial Writ | 2. Denied |